```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3017 |
| v. ) | |
| ) | |
| KENNETH SLOMINSKI and ) | |
| GARY R. MUELLER, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

IT IS ORDERED,

The joint motion of the defendants for time, filing 17, is granted and the deadline for filing pretrial motions is extended to July 7, 2005.

DATED this 24th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge