```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,         )
                                 )          4:05CR3017
        v.                       )
                                 )
KENNETH SLOMINSKI, GARY R.       )
MUELLER,                         )          ORDER
                                 )
              Defendants.        )
                                 )
```

   IT IS ORDERED:

   Defendants' motion for time, filing 19, is granted and the deadline to file pretrial motions is extended to July 21, 2005.

   DATED this 1st day of July, 2005.

                                 BY THE COURT:

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge