```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )         4:05CR3017
       v.                       )
                                )
KENNETH SLOMINSKI and           )
GARY R. MUELLER,                )       MEMORANDUM AND ORDER
                                )
              Defendants.       )
                                )
```

Although extended time was accorded to defendants for the filing of pretrial motions, none has been filed. It therefore appears this matter may be appropriately set for trial, although the related case, U.S. v. Slominski & Rikli, 4:04CR3061, appears not at the same point in progression.

IT THEREFORE HEREBY IS ORDERED,

Counsel shall confer and contact my office to arrange a telephone conference for the purpose of setting a trial date and/or establishing other benchmarks for the ultimate disposition of this matter.

DATED this 12th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge