```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3017 |
| v. ) | |
| ) | |
| KENNETH SLOMINSKI and ) | |
| GARY R. MUELLER, ) | ORDER |
| ) | |
| Defendants. ) | |

IT IS ORDERED:

A telephone conference is set for November 2, 2005 at 4:30 p.m. for the purpose of setting a trial date and/or establishing other benchmarks for the ultimate disposition of this matter. Plaintiff's counsel shall initiate the call.

DATED this 20th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge