IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                 Plaintiff,     )
                                )            4:05CR3017
          v.                    )
                                )
KENNETH SLOMINSKI and           )
GARY R. MUELLER,                )                ORDER
                                )
                 Defendants.    )
_____ )


        IT IS ORDERED:

        The telephone conference regarding progression of this case
that was set for November 2 is continued to December 21, 2005 at
11:30 a.m.  Plaintiff's counsel shall place the call.


        DATED this 1st day of November, 2005.


                        BY THE COURT:

                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge