```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3017 |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI and | ) | |
| GARY R. MUELLER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendants' unopposed motion to continue, filing 25, is granted and the telephone conference regarding progression of this case is continued from December 21 to January 27, 2005 at 9:30 a.m. Plaintiff's counsel shall place the call.

DATED this 20th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge