```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )      4:05CR3017<br>       v.                    )<br>                             )<br>KENNETH SLOMINSKI and        )      **AMENDED**<br>GARY R. MUELLER,             )<br>                             )      **ORDER**<br>            Defendants.      )<br>                             ) | |

   IT IS ORDERED:

   Defendants' unopposed motion to continue, filing 25, is granted and the telephone conference regarding progression of this case is continued from December 21 to January 27, **2006** at 9:30 a.m.  Plaintiff's counsel shall place the call.

   DATED this 20th day of December, 2005.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge