IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3017 |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI and | ) | |
| GARY R. MUELLER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Counsel in this case met by telephone conference call on this date and discussed the progress of their preparing this case for trial or other disposition. They reported that most of the documents involved have been obtained, indexed and bates stamped. In addition, they are mutually cooperating in conducting discovery and identifying issues that will have to be resolved by the court. They sought an in-person conference with the court to finalize a schedule for resolving issues they are unable to resolve, and to set the matter for trial.

    IT THEREFORE HEREBY IS ORDERED:

    A pretrial conference pursuant to FRCrimP 17.1 is set to convene in the chambers of the undersigned on May 18, 2006 at 2:30 p.m. The purposes of the conference are to discuss, consider, and resolve issues pertaining to the final disposition of this case, including:

        a. Any issues concerning the government's disclosure of documents or other materials pursuant to 18 U.S.C. §§ 3500, et seq., including the scheduling of such disclosures;

        b. Stipulations regarding foundation for documents and things that may be offered in evidence in the trial;

        c. Identifying anticipated claims of privilege, and how best to resolve them;

      d. Setting dates for hearings on any motions that have been or may be filed, if hearings are necessary;

      e. Setting the matter for trial; and

      f. Coordinating the scheduling of this case with the related case, 4:04CR3061; counsel for defendant Rikli in 4:04CR3061 may, but is not required to attend the conference with respect to this issue.

The conference is scheduled for a duration of forty-five (45) minutes.  Counsel shall confer prior to the conference in an attempt to resolve as many issues as possible and to propose to the court a schedule for resolution of matters they are unable to resolve.

    The clerk is directed to send a copy of this order to counsel for defendant Rikli in 4:04CR3061.

    DATED this 9th day of March, 2006.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge