IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CR3017 |
| v. ) | |
| ) | |
| KENNETH SLOMINSKI and ) | ORDER |
| GARY R. MUELLER, ) | |
| ) | |
| Defendants. ) | |

IT IS ORDERED:

Plaintiff's motion to continue pretrial conference, filing 31, made with the agreement of counsel for each defendant, is granted and the pretrial conference is continued from May 18, 2006 to July 7, 2006 at 10:00 a.m. in the chambers of the undersigned.

DATED May 2, 2006.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge