IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3075-01 |
| Plaintiff, | ) | 4:05CR3017-01 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KENNETH SLOMINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter comes before the Court on the government's unopposed motion to extend, filings 59 and 53, respectively.

    This court being duly advised in the premises, finds that the Motion should be granted. The government and defendant are given until April 13, 2007, to file their sentencing statements.

    Dated this 6th day of April, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge