IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3017 and |
| | ) | 4:06CR3075 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KENNETH SLOMINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's three-day evidentiary hearing and sentencing are set on Tuesday through Thursday, June 26 - 28, 2007, from 9:00 a.m. to 4:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

April 23, 2007.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge