IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3017 and |
| | ) | 4:06CR3075 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KENNETH SLOMINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

A conference call with counsel was held today. Counsel agreed that this week's hearing can be held in one day instead of three. Therefore,

IT IS ORDERED that Defendant Slominski's evidentiary hearing and sentencing will be held on Thursday, June 28, 2007, from 9 a.m. to 4:30 p.m. before the undersigned United States district judge.

June 25, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge