IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3017 and |
| Plaintiff, | ) | 4:06CR3075 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KENNETH J. SLOMINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED that the defendant's evidentiary hearing and sentencing are continued to Friday, August 24, 2007, from 9:00 a.m. to 4:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

June 27, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge