IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3017 and |
| | ) | 4:06CR3075 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KENNETH SLOMINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and with the agreement of defense counsel,

IT IS ORDERED that:

(1) The defendant's evidentiary hearing and sentencing will be held from 10:30 a.m. to 12:00 noon on Friday, August 24, 2007 (rather than all day), before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

(2) Prior to the hearing, if the parties have reached any agreements, Judge Kopf would like to be advised of the nature of those agreements.

August 14, 2007.                BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge